UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

KATLYN SZCZEPANKOWSKI,

    Plaintiff,                              CASE NO. 2:21-cv-11853

v                                             HON. DENISE PAGE HOOD
                                              MAG. CURTIS IVY, JR.
TOMEY GROUP, LLC, and
TOHME MANAGEMENT, LLC,

    Defendants.

---

| | |
|---|---|
| JAMES B. RASOR (P43476) | THOMAS J. McGRAW (P48817) |
| RASOR LAW FIRM, PLLC | STACY J. BELISLE (P59246) |
| Attorneys for Plaintiff | ANGELO L. BERLASI, JR. (P84185) |
| 201 E. Fourth Street | McGRAW MORRIS P.C. |
| Royal Oak, MI 48067 | Attorneys for Defendants |
| (248) 543-9000 | 2075 W. Big Beaver Road, Ste. 750 |
| jbr@rasorlawfirm.com | Troy, MI  48084 |
| | (248) 502-4000 |
| | tmcgraw@mcgrawmorris.com |
| | sbelisle@mcgrawmorris.com |
| | aberlasi@mcgrawmorris.com |

---

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COST OR ATTORNEY FEES AS TO ANY PARTY**

    Plaintiff, KATLYN SZCZEPANKOWSKI, and Defendants, TOMEY GROUP, LLC and TOHME MANAGEMENT, LLC, by and through their respective counsel, having stipulated and agreed to dismiss this matter with prejudice and without costs or attorney fees to any party; and the Court being otherwise

advised of the premises:

IT IS HEREBY ORDERED that this matter is dismissed with prejudice and without costs or attorney fees to any party, including those that may have been available under 42 U.S.C.§ 1988, or any other statute, regulation or court rule.

This is a final order and closes this case.

|  |  |
|---|---|
| Dated:  January 5, 2024 | s/Denise Page Hood<br>HON. DENISE PAGE HOOD<br>United States District Court Judge |

Stipulated as to form and entry of this Order:

| RASOR LAW FIRM, PLLC | **McGRAW MORRIS P.C.** |
|---|---|
| /s/ James B. Rasor (w/consent)<br>JAMES B. RASOR (P43476)<br>Attorneys for Plaintiff<br>201 E. Fourth Street<br>Royal Oak, MI 48067<br>(248) 543-9000<br>jbr@rasorlawfirm.com | /s/Stacy J. Belisle<br>STACY J. BELISLE (P59246)<br>Attorneys for Defendants<br>2075 W. Big Beaver Road, Ste. 750<br>Troy, MI  48084<br>(248) 502-4000<br>sbelisle@mcgrawmorris.com |